UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROY WALKER (370396)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 11-668-BAJ-SCR

**RULING**

The Court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Stephen C. Riedlinger dated June 4, 2012 (doc. 28), and plaintiff's objection filed June 18, 2012 (doc. 30).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the motion to dismiss (doc. 20), treated as a motion for judgment on the pleading, on behalf of defendant Warden N. Burl Cain is GRANTED, dismissing all of the plaintiff's claims against him. The claims against Sgt. Darius Montgomery and Lt. John Orr are DISMISSED pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, July 23, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA